IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>HUBER TRENADO BARRERA,<br><br>      Defendant.                      / | No. CR 09-00594 CW<br><br>ORDER ADDRESSING<br>DEFENDANT'S LETTER |

    Huber Trenado Barrera, a federal inmate at D. Ray James Correctional Facility in Folkston, Georgia, has written a letter to the Court requesting the appointment of an attorney to assist him in a matter regarding his sentencing in his criminal case.

    The Office of the Federal Public Defender may represent Mr. Barrera in this matter, if it is within the scope of its representation.  If not, Mr. Barrera's request for appointment of counsel is denied.  If Mr. Barrera wishes to file a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, or a civil lawsuit, he may do so, representing himself.

    IT IS SO ORDERED.

Dated: 8/1/2011

                                            CLAUDIA WILKEN
                                            United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

HUBER TRENADO BARRERA et al,

        Defendant.

Case Number: CR09-00594 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Huber Trenado Barrera
Reg. #20241-208
D. Ray James Facility
P.O. Box 2000
Folkston, GA 31537

Dated: August 1, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

2